MAYRA DE AGUIAR (SBN 212709)
mayra.deaguiar@wonderful.com
LISA A. STILSON (SBN 196059)
lisa.stilson@Roll.com
KIRSTEN BASS (SBN 300205)
Kirsten.Bass@roll.com
ROLL LAW GROUP PC
11444 West Olympic Boulevard
Los Angeles, California 90064-1557
Telephone:  (310) 966-8400
Facsimile:   (310) 966-8810

Attorneys for WONDERFUL
PISTACHIOS & ALMONDS LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| TORRES DAWSON, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>WONDERFUL PISTACHIOS & ALMONDS, LLC, AND DOES 1 THROUGH 10,<br><br>Defendant. | Case No. 2:18-CV-00801<br><br>Removed from the Superior Court of California, Los Angeles County, Stanley Mosk Courthouse, Case No. BC683872<br><br>**NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1331** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant Wonderful Pistachios & Almonds LLC ("WP&A") hereby removes to the United States District Court for the Central District of California the state court action described below.

## I. PROCEDURAL HISTORY

1. On November 17, 2017, Plaintiff Torres Dawson, on behalf of himself and all others similarly situated, filed a complaint against WP&A in the Superior Court of California for the City and County of Los Angeles, titled *Torres Dawson v. Wonderful Pistachios & Almonds LLC et al.*, Case No. BC683872 ("State Court

Action"). The complaint asserts a single claim for violation of 15 U.S.C. Section 1681b(b)(2)(the "Fair Credit Reporting Act"). WP&A denies that any of its alleged conduct is unlawful.

2. As required by 28 U.S.C. §1446(a), copies of all process, pleadings, and orders received by WP&A in connection with the State Court Action are attached to this notice of removal as Exhibit "A".

## II. BASIS FOR REMOVAL

3. WP&A removes the entire State Court Action to this Court on the basis that the action involves a question of federal law, such that original jurisdiction lies in this Court pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1331 ("The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."). The sole cause of action alleged in the State Court Action is a violation of a federal law, i.e. the Fair Credit Reporting Act, 15 U.S.C. § 1681b(b)(2).

## III. VENUE

4. Plaintiff's State Court Action is pending in the Superior Court of California for the City and County of Los Angeles, which is within this jurisdictional district and division. 28 U.S.C. § 84(a). The United States District Court for the Central District of California is, therefore, the proper venue for removal. 28 U.S.C. § 1446(a).

## IV. TIMELINESS

5. Plaintiff served the summons and complaint on WP&A on January 3, 2018, and WP&A sought removal within 30 days of such date. Accordingly, the notice of removal is timely filed. 28 U.S.C. § 1446(b)("The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise.").

//
//

## V. NOTICE

6. As required by 28 U.S.C. § 1446(d), WP&A is serving written notice of this notice of removal on Plaintiff and filing a copy of it with the clerk of the Superior Court of the State of California for the City and County of Los Angeles.

DATED: January 31, 2018          ROLL LAW GROUP PC

By: _____
Mayra de Aguiar
Attorneys for WONDERFUL
PISTACHIOS & ALMONDS LLC