UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TORRES DAWSON, | CV 18-801 PA (JPRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| WONDERFUL PISTACHIOS & ALMONDS, LLC, and DOES 1 through 10, inclusive, | |
| Defendant. | |

Pursuant to the Court's April 27, 2018, Minute Order granting judgment on the pleadings to defendant Wonderful Pistachios & Almonds, LLC ("Defendant") on plaintiff Torres Dawson'("Plaintiff") Complaint,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff on his claim.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

IT IS SO ORDERED.

DATED: April 27, 2018  _____

Percy Anderson
UNITED STATES DISTRICT JUDGE